UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:18-cr-482-T-17AEP

JENNIFER SAMUELS

## ORDER TO DEPOSIT FUNDS AND DISBURSE

Before this Court is the United States' Unopposed Motion for an Order
to Deposit Prejudgment Payments and Disburse Funds Upon Sentencing.
Doc. 16. Being fully advised in the premises, the Court finds that to best serve
the purpose of Samuels's anticipated restitution, the Clerk of Court shall
accept Samuels's prejudgment payments. Accordingly, for good cause shown,
the unopposed motion is **GRANTED**.

It is further ordered that, pursuant to 28 U.S.C. § 2042, upon entry of a
criminal judgment, the Clerk of the Court shall withdraw and apply the
deposited funds to the criminal financial obligations imposed against the
defendant as provided by law and in accordance with the Clerk's standard
operating procedures.

**ORDERED** in Tampa, Florida, on November _9th_, 2018.

HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record